

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2014

No. 04-14-00269-CV

Andrea **COLLIE**,
Appellant

v.

**IBEX STAFFING SOLUTIONS, INC**. and Pronto Insurance,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376802
Honorable Tina Torres, Judge Presiding

## O R D E R

On April 29, 2014, appellant filed a letter requesting that the documents contained in an appendix to a petition for writ of mandamus filed in original proceeding cause number 04-13-00640-CV be transferred to this appeal apparently to serve as the clerk's record and reporter's record. The request is DENIED. A clerk's record and reporter's record must be filed in this appeal in compliance with the formatting requirements of the Texas Rules of Appellate Procedure.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2014.

_____
Keith E. Hottle
Clerk of Court